# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-MJ-01234-RT-1 |
| CASE NAME: | United States of America v Loren M. Okamura |
| ATTY FOR PLA: | Morgan L. Early |
| ATTY FOR DEFT: | Sharron I. Rancourt |
| U.S. Pretrial officer: | Diane Arima-Linscott |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 11/25/2019 | TIME: | 2:04 - 2:09 |

COURT ACTION:  EP:   INITIAL APPEARANCE hearing held

Defendant is present and in custody.

Defendant sworn to the financial affidavit and request for court appointed attorney is granted. Sharron I. Rancourt and the Office of the Federal Public Defender are appointed as counsel for defendant.

Defendant waives the Identity Hearing. Waiver of Rule 5 & 5.1 Hearings filed.

At this hearing the **Commitment to Another District was not submitted, signed or filed.**

Detention hearing is set for November 27, 2019 at 2:00 p.m. before Magistrate Judge Kenneth J. Mansfield.

The defendant is remanded to the custody of the United States Marshals Service.

*Submitted by: Bernie Aurio, Courtroom Manager*